CC: Fiscal

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>ANATOLY SVERDLIN, individually and as co-trustee of the Sverdlin Living Trust Dated 4/10/07; ALLA BERSHADSKAYA, individually and as co-trustee of the Sverdlin Living Trust Dated 4/10/07; VICTOR EGILE SVERDLIN, an individual; ALLA BERSHADSKAYA, as trustee of the Victor Egile Sverdlin 2000 Gift Trust,<br><br>Defendants.<br><br>ANATOLY SVERDLIN,<br><br>Counter-Claimant,<br><br>v.<br><br>ALLA BERSHADSKAYA, VICTOR EGILE SVERDLIN and DOES 1 through 10, inclusive,<br><br>Counter-Defendants.<br><br>VICTOR SVERDLIN,<br><br>Cross-Claimant,<br><br>v. | Case No. CV 08-01271 ABC (SHx)<br><br>Honorable Audrey B. Collins<br>Courtroom 680 (Roybal Federal Bldg.)<br><br>**[~~PROPOSED~~] JUDGMENT IN INTERPLEADER AND RESTRAINING PROSECUTION OF ANY PROCEEDING AGAINST WELLS FARGO BANK, NATIONAL ASSOCIATION AND WELLS FARGO INVESTMENTS, LLC (HEREINAFTER COLLEC-IVELY "WELLS FARGO") WITH RESPECT TO INTERPLEADER AND TO DISCHARGE WELLS FARGO FROM FURTHER LIABILITY AND FOR AWARD OF COSTS AND ATTORNEYS' FEES TO WELLS FARGO AND FOR PARTIAL DISTRIBUTION PURSUANT TO STIPULATION OF CLAIMANTS**<br><br>[28 *U.S.C.* Sections 1335, 2361; *F.R.C.P.* Rule 22]<br><br>Trial Date: November 17, 2009<br>Time: 8:30 a.m.<br>Dept.: 680 |

ANATOLY SVERDLIN; ALLA BERSHADSKAYA,

Cross-Defendants.

ALLA BERSHADSKAYA,

Counter-Claimant,

v.

ANATOLY SVERDLIN, VICTOR EGILE SVERDLIN and Does 1 through 10, inclusive,

Counter-Defendant.

The Motion of WELLS FARGO BANK, NATIONAL ASSOCIATION for judgment in interpleader and restraining prosecution of any proceeding against WELLS FARGO BANK, NATIONAL ASSOCIATION ("WELLS FARGO") with respect to interpleader and discharging WELLS FARGO from further liability (Docket No. 42) and the motion for disbursement of funds brought by VICTOR EGILE SVERDLIN (Docket No. 69) came on regularly for hearing on February 2, 2009 in Courtroom 680 of the United States District Court, the Honorable Audrey B. Collins, Judge presiding. VICTOR SVERDLIN presented a Stipulation (Docket No. 53).

WELLS FARGO BANK appeared by its attorneys, Barton, Klugman & Oetting LLP and Robert Louis Fisher, A Professional Corporation. ANATOLY SVERDLIN, individually and as co-trustee of the Sverdlin Living Trust dated 4/10/07 appeared by his attorney, Paul Samuels. ALLA BERSHADSKAYA, individually and as co-trustee of the Sverdlin Living Trust dated 4/10/07 and as trustee of the Victor Egile Sverdlin 2000 Gift Trust appeared by her attorneys, Opri & Associates and Debra A. Opri. VICTOR EGILE SVERDLIN appeared by his attorneys, Neufeld Law Group, a Professional Corporation and Paul S. Marks.

After considering the moving papers and the opposition and the arguments of counsel, the Court finds that WELLS FARGO is an innocent stakeholder only

and has no interest in the money and securities held in Wells Fargo Investment Management Account No. xxxx 3500 (hereinafter "IMA 3500").

The Court finds that conflicting demands to said money and securities have been made by each of the defendants and WELLS FARGO is unable to determine the validity of said demands and therefore is entitled to interplead said claimants and to be released from this action.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. Defendants ANATOLY SVERDLIN, individually and as co-trustee of the Sverdlin Living Trust Dated 4/10/07; and ALLA BERSHADSKAYA, individually and as co-trustee of the Sverdlin Living Trust Dated 4/10/07, and as trustee of the Victor Egile Sverdlin 2000 Gift Trust; and defendant VICTOR EGILE SVERDLIN, an individual (hereinafter referred to collectively as "DEFENDANTS") are ordered to interplead and litigate their respective rights to $1,279,955.05, plus interest on deposit with the Clerk of the Court in the above-referenced matter;

2. WELLS FARGO BANK is discharged from any and all liability on account of the claims of defendants, and each of them, with respect to IMA 3500 standing in the name of Sverdlin Living Trust Dated 4/10/07 and sums deposited and held in said account;

3. The DEFENDANTS, and each of them, are restrained from instituting or further prosecuting any proceeding in any court in this state or elsewhere affecting the rights and obligations of WELLS FARGO BANK, NATIONAL ASSOCIATION with respect to IMA 3500 and the proceeds thereof and interest accrued thereon;

4. The Clerk is directed to pay to Wells Fargo Investments, LLC the sum of $30,153.19 for WELLS FARGO'S attorneys' fees and costs incurred in this action from the sums paid into the Registry of the Court, the Clerk is directed to

send a check in the sum of $30,153.19 payable to "WELLS FARGO BANK, NATIONAL ASSOCIATION, c/o Barton, Klugman & Oetting LLP, Robert Louis Fisher, A Professional Corporation, 350 South Grand Avenue, Suite 2200, Los Angeles, CA 90071-3485;

5. That WELLS FARGO is released from any obligation to make any further court appearances or file further papers in this matter.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED:**

6. The Clerk is directed to pay the sum of $15,103.00 to ALLA BERSHADSKAYA by check to her counsel of record, Debra A. Opri, Esquire, and the sum of $5,000.00 by check made payable to Opri & Associates, a Professional Law Corporation and delivered by U.S. Mail to Debra A. Opri, Esquire, at 8363 Wilshire Boulevard, Suite 830, Los Angeles, California 90211-2407;

7. The Clerk is directed to pay the sum of $806,495.77 to VICTOR EGILE SVERDLIN by check made payable jointly to VICTOR EGILE SVERDLIN and Sabal Trust Company, with the check delivered by U.S. Mail to Sabal Trust Company, One Progress Plaza, 200 Central Avenue, Suite 220, St. Petersburg, Florida 33701;

8. The cross claims filed by and against VICTOR EGILE SVERDLIN in this matter are dismissed with prejudice;

9. VICTOR EGILE SVERDLIN shall dismiss with prejudice his action for an accounting against ALLA BERSHADSKAYA currently pending in Case No. 05-6021-ES-03 in the Probate Division of the Sixth Judicial Circuit In and For Pinellas County, Florida;

10. Defendant VICTOR EGILE SVERDLIN and his legal counsel shall be released from any obligation to make any further court appearances or file further papers in this matter; and

11. Defendant VICTOR EGILE SVERDLIN accepts the sum set forth in

paragraph 7 above as his full share of assets in the interpleader and all matters arising out of this action and makes no claim to funds remaining in the interpleader after the distributions set forth in paragraphs 6 and 7 above have been made to VICTOR EGILE SVERDLIN and ALLA BERSHADSKAYA and her counsel.

12. The Clerk is directed to hold the remaining funds in interpleader, $453,356.28 and all interest accrued in an interest bearing account pending further order of the Court.

Dated: _02/13/09____________________

Audrey B. Collins
Judge of the District Court

Presented by:

BARTON, KLUGMAN & OETTING LLP

By ______________________________
Robert Louis Fisher,
A Professional Corporation
Attorneys for Plaintiff WELLS FARGO BANK, NATIONAL ASSOCIATION

NEUFELD LAW GROUP, a Professional Corporation

By ______________________________
Paul S. Marks
Attorneys for VICTOR EGILE SVERDLIN

OPRI & ASSOCIATES

By ______________________________
Debra A. Opri
Attorneys for ALLA BERSHADSKAYA, individually and as co-trustee of the Sverdlin Living Trust dated 4/10/07 and as trustee of the Victor Egile Sverdlin 2000 Gift Trust

**[SIGNATURES CONTINUED]**

**[SIGNATURES CONTINUED]**

____________________________________

Paul Samuels
Attorney for ANATOLY SVERDLIN, individually and as co-trustee of the Sverdlin Living Trust